AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

JUN 1 3 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:16MJ258 |
| THOMAS V. LUU | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 13, 2016 _____ in the county of _____ Fairfax _____ in the
_____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1361 | Defendant did willingly injure or commit depredation against property of the United States, or any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department thereof, such damage exceeding $1,000.00. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Rosie Haney/Melissa A. Pientka

*Complainant's signature*

Matthew Davila, Security Protective Service Officer, CIA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ June 13, 2016 _____

City and state: _____ Alexandria, Virginia _____

/s/

Ivan D. Davis
United States Magistrate Judge