IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.: 1:16-MJ-258 |
| v. ) | |
| ) | |
| THOMAS V. LUU, ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Officer Matthew Davila, being duly sworn, depose and state as follows:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in March of 2010. I graduated from the Federal Law Enforcement Training Center (FLETC) in October of 2010. At FLETC, I was a member of the Uniformed Police Training Program Class # 19. Following my graduation, I received an additional eight weeks of Agency specific training prior to being assigned as an officer at the CIA Headquarters in McLean, Virginia.

2. This affidavit is being submitted in support of a criminal complaint charging THOMAS V. LUU with felony destruction of government property, in violation of Title 18, United States Code, Section 1361.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation.

4. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

5. On Monday, June 13, 2016, at approximately 2:05 a.m., I was on duty at the CIA Headquarters Main Gate. From my post, I observed live security camera feed of a Ford Focus approach the CIA Headquarters George Washington Parkway Gate entrance in McLean, Virginia, in the Eastern District of Virginia.

6. The George Washington Parkway gate has two inbound lanes and two outbound lanes that are separated by a median. The gate was closed during the time of the offense. The inbound lanes were blocked by closed chicanes; the outbound lanes were not. On the video feed I saw the Ford Focus drive down the inbound lanes towards the closed chicanes, stop, and flash its high beam lights several times.

7. The vehicle then turned left, as if it was driving towards the outbound lanes. Instead of taking another left to exit the facility, however, the vehicle turned right and stopped facing the closed outbound gate. The car was positioned approximately 60 feet in front of the gate. The vehicle accelerated and rammed through the gate, a chain link fence that was padlocked closed, and then drove approximately another 75 feet into the compound. The chain link fence is approximately eight feet tall with another one-and-a-half feet of barbed wire, and covers the two outbound lanes of travel. The gate is clearly marked with a sign that notifies visitors that it is closed; there also are "no trespassing" signs in the immediate area.

8. After observing the Ford Focus crash through the gate, I immediately drove to the area in my marked patrol car. When I arrived, I saw the gate was knocked down and on the ground. The force of the collision sheared the locking mechanism on the gate, as well as hinge bolts and fiber optics. Such damage is in excess of $1,000.00. I observed the driver, later identified as the

defendant by his Maryland driver's license, kneeling on the ground with his feet crossed and his hands behind his head.

9. I took the defendant into custody and read him his Miranda rights. The defendant told me he had been recruited to CIA. He informed me that he did not see anyone at the gate so he broke the gate "on purpose" to get the CIA's attention. The defendant also explained that he did not know any other entrances to CIA.

10. Based on the foregoing, I believe there is probable cause to conclude that on or about June 13, 2016, within the Eastern District of Virginia, Thomas V. Luu, did willfully damage government property, in violation of Title 18, United States Code, Section 1361.

OFC Matthew H
Officer Matthew Davis
Security Protective Service
Central Intelligence Agency

Sworn to and Subscribed before me
This 13th day of June, 2016

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia