JS 45 (01/2008)    **REDACTED**

Criminal Case Cover Sheet                                                          U.S. District Court

**Place of Offense:**            Under Seal: Yes ___ No X___   Judge Assigned: **DAVIS**
City _____   ___Superseding Indictment    ___Criminal Number: _____
County/Parish Fairfax   ___Same Defendant    ___New Defendant  X _____
                        Magistrate Judge Case Number 1:16MJ **258**    Arraignment Date: _____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____
                        Related Case Name and No: _____

Defendant Information:
Juvenile --Yes ___ No X___  FBI # xxxxxxRB3 _____
Defendant Name: THOMAS VINH LUU    Alias Name(s) _____
Address: _____
Employment: _____
Birth date xx/xx/1980  SS# xxx-xx-3411  Sex M Def Race Asian   Nationality United States  Place of Birth Ohio
Height 5'05"  Weight 180  Hair Brown  Eyes Brown  Scars/Tattoos _____
Interpreter: x No ___Yes  List language and/or dialect: _____ Automobile Description _____

Location Status:
Arrest Date 6/13/2016 _____
X Already in Federal Custody as of   6/13/2016   in Alexandria Adult Detention Center
___Already in State Custody   ___On Pretrial Release   ___Not in Custody
___Arrest Warrant Requested   ___Fugitive              ___Summons Requested
___Arrest Warrant Pending     ___Detention Sought      ___Bond _____

Defense Counsel Information:
Name: _____       ___Court Appointed      Counsel conflicted out: _____
Address: _____    ___Retained
Telephone: _____  ___Public Defender     Federal Public Defender's Office conflicted out: ___

U.S. Attorney Information:
SAUSA Melissa Pientka   Telephone No: 703-299-3728   Bar # _____
Complainant Agency, Address & Phone Number or Person & Title:
Matthew Davila, Security Protective Officer, Central Intelligence Agency

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 1361 | Injury to Government Property or Contracts | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 13 June 16   Signature of SAUSA: _____