AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16mj258 |
| Thomas Luu | ) | |
| Defendant | ) | |

FILED
JUN 13 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Courtroom No.: 301 |
|---|---|
| | Date and Time: 6/15/16 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 13 Jun 16

/s/
Ivan D. Davis
United States Magistrate Judge

*Printed name and title*